1  Tanya E. Moore, SBN 206683
   Zachary M. Best, SBN 166035
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email: service@moorelawfirm.com
5
   Attorneys for Plaintiff,
6  Ronny-marie Wilson

*IT IS SO ORDERED*
*Judge Thelton E. Henderson*
(United States District Court, Northern District of California seal)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNY-MARIE WILSON, | No.  3:16-cv-06257-TEH |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| ONLY THE BEST, INC. aka OTBI dba CRAZY SHIRTS #222; ANCHORAGE HOLDINGS, L.P., | |
| Defendants. | |

1 **IT IS HEREBY STIPULATED** by and between Plaintiff Ronny-marie Wilson and
2 Defendants, Only the Best, Inc. aka OTBI dba Crazy Shirts #222, and Anchorage Holdings,
3 L.P., the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),
4 the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its
5 own fees and costs.

7 Dated: December 15, 2016          MOORE LAW FIRM, P.C.

  */s/ Zachary Best*
9 Zachary Best
10 Attorneys for Plaintiff,
  Ronny-marie Wilson

12 Dated: December 15, 2016          Signed: */s/ Mark R. Hollander*
13 Crazy Shirts #222
  Print Name: Mark R. Hollander
14 Print Title: CEO & President

16 Dated: December 20, 2016          Signed: */s/ Joseph Mancuso*
  Anchorage Holdings, L.P.
17 Print Name: Joseph Mancuso
  Print Title: Authorized Signatory
18

20 I attest that the signatures of the persons whose electronic signature are shown above are
  maintained by me, and that their concurrence in the filing of this document and attribution of
21 their signatures was obtained.

22          */s/ Zachary Best*
  Zachary Best
23 Attorneys for Plaintiff,
  Ronny-marie Wilson

STIPULATION FOR DISMISSAL OF ENTIRE ACTION